■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIAN RAMOS ROSARIO, Appellant. [628 NYS2d 570] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered February 16, 1993.

Ordered that the judgment is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1; *People v Kazepis,* 101 AD2d 816). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.